Order issued December 14, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-10-01614-CV

W. DAVID HOLLIDAY, Appellant

V.

GREG WEAVER and WENDY WEAVER, Appellees

## ORDER

Pending is a motion filed by Matthew J. Kita requesting leave to appear and present oral argument in the above case on behalf of the appellees. The motion is **GRANTED**. Counsel is hereby permitted to appear and present argument in the above case on Wednesday, December 19, 2012, at 11:00 a.m.

LANA MYERS
PRESIDING JUSTICE